UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TASHA LYNN TRIPP, | NO. 3:16-cv-5607-TSZ |
| Plaintiff, | ORDER GRANTING ATTORNEY FEES AND COSTS UNDER EAJA |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff's unopposed Motion for Attorney Fees and Costs under EAJA, docket no. 12, is GRANTED, and it is hereby ORDERED that, under 28 U.S.C. § 2412, attorney fees in the amount of $6,107.96 and related expenses in the amount of $10.68, and pursuant to 28 U.S.C. § 1920, costs in the amount of $400.00, be awarded to plaintiff.

DATED this 17th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

**ORDER GRANTING MOTION FOR
FOR ATTORNEY FEES AND COSTS**